**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| IN MOTION ORTHOPAEDICS WEST, INC., an Indiana Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | No.    26-cv-532 |
| JOHN (GREG) MCFARREN, an individual, and STRYKER EMPLOYMENT COMPANY, LLC, A New Jersey limited liability company, | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff IN Motion Orthopaedics West, Inc., and Defendants John (Greg) McFarren and Stryker Employment Company, LLC (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the dismissal of this entire action, including all claims asserted therein, with prejudice.

The Parties further stipulate and agree that each party shall bear its own costs, expenses, and attorney's fees.

Respectfully submitted,

**For Plaintiff IN Motion Orthopaedics West, Inc.:**

*/s/ Stephen W. Heil*
Stephen W. Heil (ILARDC# 6204266)
Zachary G. Shook (ILARDC#6305057)
CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC
303 West Madison Street, Suite 2200
Chicago, Illinois 60606
swh@crayhuber.com
zgs@crayhuber.com
(312) 332-8450

**For Defendants John (Greg) McFarren and Stryker Employment Company, LLC:**

/s/*Jesse M. Coleman*
Jesse M. Coleman
SEYFARTH SHAW LLP
Texas Bar No. 24072044
Email: jmcoleman@seyfarth.com
*admitted pro hac vice*
Yumna Khan
SEYFARTH SHAW LLP
Texas Bar No. 24134467
Email: ykhan@seyfarth.com
*admitted pro hac vice*
700 Milam, Suite 1400
Houston, TX 77002
Telephone: (713) 238-1805
Facsimile: (713) 225-2340

Michael D. Wexler
SEYFARTH SHAW LLP
Illinois Bar No. 6207847
*admitted pro hac vice*
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone (312) 460-5000
Facsimile: (312) 460-7000

AND

TUOHY BAILEY & MOORE LLP
Christopher C. Hagenow
Attorney No. 16730-49
9294 N. Meridian Street
Indianapolis, IN 46260
(317) 638-2400
Email: chagenow@tbmattorneys.com

2