UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN MOTION ORTHOPAEDICS WEST,          )
INC.,
                                      )
              Plaintiff,              )
                                      )
         v.                           )   No. 1:26-cv-00532-JRO-MKK
                                      )
JOHN (GREG) MCFARREN,                 )
STRYKER ORTHOPAEDICS,                 )
                                      )
              Defendants.             )

## ORDER

On June 10, 2026, Plaintiff, In Motion Orthopaedics West, Inc., and Defendants, John (Greg) McFarren and Stryker Orthopaedics, filed a Stipulation of Dismissal with Prejudice (Docket No. 39) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Court acknowledges the dismissal of this action.

**SO ORDERED.**

Date:  6/10/2026

_____

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel.